PHBP

## Uplift Rx, LLC et. al. ("Debtors")

**Case No.: 17-32186-MI**

**Preference Analysis**

**Transfers to Pheasant Hollow Business Park**

| Payor | Date | Payment No. | Bank Account | Payment |
|-------|------|-------------|--------------|---------|
| Alliance Medical Administration | 01/03/17 | PY00016750 | xx9016 | $   27,866.89 |
| Alliance Medical Administration | 02/01/17 | PY00017497 | xx9016 | 27,866.89 |
| Alliance Medical Administration | 03/01/17 | PY00018063 | xx9016 | 27,866.89 |
| **Total** | | | | **$   83,600.67** |