IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE:<br><br>UPLIFT RX, LLC[1]<br><br>     Debtor(s). | CASE NO.: 17-32186<br><br>CHAPTER 11<br><br>Jointly Administered |
| ALLIANCE MEDICAL ADMINISTRATION, INC.,<br><br>     Plaintiff,<br><br>v.<br><br>PHEASANT HOLLOW BUSINESS PARK,<br><br>     Defendant. | ADV. PROC. NO.  19-3406 |

## NOTICE OF DISMISSAL OF ADVERSARY PROCEEDING WITH PREJUDICE

Plaintiff Alliance Medical Administration, Inc. and Defendant Pheasant Hollow Business Park settled this adversary proceeding by agreement (the "Settlement Agreement"), and the Court entered an Order approving the Settlement Agreement on August 8, 2019 [Doc. No. 1261 in Case.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Uplift Rx, LLC (9306); Belle Pharmacy, LLC (0143); Alliance Medical Holdings, LLC (5945); Geneva Pharmacy, LLC (1929); Ohana Rx, LLC (1722); Benson Pharmacy, Inc. (6606); Kendall Pharmacy, Inc. (0825); Richardson Pharmacy, LLC (9566); Innovative Rx, LLC (9986); Charleston Rx, LLC (5852); On Track Rx, LLC (9021); Uinta Rx, LLC (7157); Goodman Pharmacy, LLC (9373); BrooksideRx, LLC (5927); Osceola Clinic Pharmacy, LLC (4886); Oak Creek Rx, LLC (9722); Waverly Pharmacy, LLC (7342); Newton Rx, LLC (9510); Lone Peak Rx, LLC (5973); Improve Rx, LLC (9120); New Jersey Rx, LLC (0035); Berkshire Pharmacy, LLC (9197); Health Saver Rx, LLC (7810); Best Rx, LLC (0346); Delaney Pharmacy, LLC (7497); New Life Pharmacy, LLC (8292); Skyline Health Services, LLC (6876); Stonybrook Pharmacy, LLC (7700); Woodward Drugs, LLC (2385); Bridgestone Pharmacy, LLC (5294); Brookhill Pharmacy, LLC (5296); Burbank Pharmacy, LLC (5227); Canyons Pharmacy, LLC (1744); Cheshire Pharmacy, LLC (6370); Conoly Pharmacy, LLC (0367); Cottonwood Pharmacy, LLC (5131); Galena Pharmacy, LLC (0672); Garnett Pharmacy, LLC (6505); Hawthorne Pharmacy, LLC (5345); Hazelwood Pharmacy, LLC (1088); Medina Pharmacy, LLC (8987); Raven Pharmacy, LLC (5671); Glendale Square Rx, Inc. (1022); Lockeford Rx, Inc. (1853); Pinnacle Pharmacy Solutions, LLC (9760); Riverfront Rx, LLC (7152); Riverbend Prescription Services, LLC (1862); Raven Pharmacy Holdings, LLC (2464); Bridgestone Pharmacy Holdings, LLC (2840); Crestwell Pharmacy Holdings, LLC (1503); Galena Pharmacy Holdings, LLC (8609); Geneva Rx Holdings, LLC (8247); Hawthorne Rx Holdings, LLC (9531); Woodward Rx Holdings, LLC (2173); Philadelphia Pharmacy Holdings, LLC (8526); Health Rx Holdings, LLC (0909); Canyon Medical, LLC (4915); Alliance Medical Administration, Inc. (2899); Ollin Pharmaceutical, LLC (9815); Alta Distributors, LLC (7407); Eat Great Café, LLC (2314); Alliance Health Networks, LLC (1815) . The Debtors' mailing address is Uplift Rx, LLC, 15462 FM 529, Houston, TX 7709.

No. 17-bk-32186]. Pursuant to the terms of the Settlement Agreement and under Fed. R. Bankr. P. 7041, which incorporates Federal Rule of Civil Procedure 41(a)(1)(A)(i) by reference, the Plaintiff files this Notice of Dismissal of the above-captioned adversary proceeding **WITH PREJUDICE**.

Respectfully submitted this 11th day of October 2019.

/s/ Elizabeth A. Green
Elizabeth A. Green, Esq.
Fed ID No. 903144
Email: egreen@bakerlaw.com
SunTrust Center, Suite 2300
200 South Orange Avenue
Orlando, FL 32801-3432
Telephone: (407) 649-4000
Facsimile: (407) 841-0168
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2019, a true and correct copy of the foregoing, was filed with the Court using the CM/ECF System which will provide notice of such filing to all parties requesting such notice, and was provided by U.S. Mail, postage prepaid to Mark Swan, Esq., Strong & Hanni, 9350 South 150 East, Suite 820, Sandy, UT 84070.

/s/ Elizabeth A. Green
Elizabeth A. Green

4839-9305-9490.1